NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1504

I4I LIMITED PARTNERSHIP
and INFRASTRUCTURES FOR INFORMATION, INC.,

Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Microsoft Corporation submits a motion for a stay, pending appeal, of the permanent injunction issued by the United States District Court for the Eastern District of Texas. Microsoft requests that this court expedite disposition of the motion for a stay and moves for an "administrative stay" of the injunction while the court considers the papers submitted.

The court notes that the district court ordered that its injunction becomes effective within 60 days of entry of its order, i.e., it becomes effective on October 10, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The response of i4i Limited Partnership et al. to Microsoft's motion for a stay, pending appeal, is due August 25, 2009.

(2)     Microsoft's motion for an "administrative stay" of the injunction is denied.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Matthew D. McGill, Esq.
        Samuel F. Baxter, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2009

JAN HORBALY
CLERK